IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| VICTOR LAMAR HUNTER, | * |
| Plaintiff, | * |
| v. | Case No. 1:25-CV-69 (LAG) |
| | * |
| T.D. BOWENS, et al., | |
| | * |
| Defendant. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated 1/23/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 23rd day of January, 2026.

David W. Bunt, Clerk

s/ Michelle Paschal, Deputy Clerk